JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| HORTENCIA HORTA,<br><br>             Plaintiff,<br><br>       vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC..,<br><br>             Defendant. | CASE NO.  ED CV 12-01384 DDP<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |

The Court has reviewed the Stipulation of Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"), by and through its respective counsel of record, David J. Kaminski, and by Plaintiff HORTENCIA HORTA ("Plaintiff"), by and through its respective counsel of record, G. Thomas Martin, III to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

1

7244:00:190662

**[PROPOSED] ORDER RE STIPULATION RE DISMISSAL**
CASE NO. 12-cv-01384

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: January 10, 2013

UNITED STATES DISTRICT JUDGE